UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 2:22-cv-00593-JLB-KCD

JOHN MORALES,

      Plaintiff,

vs.

353 AIRPORT ROAD NORTH, INC.
      Defendant.
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that the parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within twenty one (21) days of the filing of this Notice of Settlement.

Dated this 23rd day of November, 2022.

Respectfully Submitted,

                                        */s/ Alberto R. Leal*.
                                        Alberto R. Leal, Esq., P.A.
                                        Florida Bar No.: 1002345
                                        E-Mail: albertolealesq@gmail.com
                                        8927 Hypoluxo Rd. #157
                                        Lake Worth, FL 33467
                                        Phone: 954-637-1868
                                        Attorney for Plaintiff